# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

WRITER'S DIRECT DIAL NUMBER

(212) 506-1714

ATLANTA
HOUSTON
NEWARK

January 9, 2006

**VIA ECF**

Honorable E. Thomas Boyle
United States Magistrate Judge
Alfonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York 11722

Re:   Michael Fischer v. Avnet, Inc.
      Civil Action No. CV 05 3734 (JS)

Dear Judge Boyle:

This firm represents defendant Avnet, Inc. ("Avnet") in connection with the above-referenced matter. We write with consent of the plaintiff to jointly request that the Court refer this matter to mediation.

Thank you for Your Honor's assistance in this regard.

Respectfully submitted,

Jodi I. Vickers

cc: Raymond Nardo, Esq.